IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC 19 A 9:26

ELMER L. CHAVIS                    )
─────────────────────────          )
Full name and prison number        )
of plaintiff(s)                    )
                                   )     CIVIL ACTION NO. 1:05CV1208-F
v.                                 )     (To be supplied by Clerk of
                                   )      U.S. District Court)
JOE HERRING JR                     )
─────────────────────────          )
                                   )
─────────────────────────          )
                                   )
─────────────────────────          )
                                   )
─────────────────────────          )
                                   )
Name of person(s) who violated     )
your constitutional rights.        )
(List the names of all the         )
persons.)                          )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT <u>901 EAST MAIN STREET, HOUSTON COUNTY JAIL DOTHAN ALABAMA 36301</u>

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED <u>HOUSTON COUNTY COURTS</u>

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |

1. <u>JOE HERRING JR. 2543 ROSS CLARK CIRCLE DOTHAN</u>
2. <u>ALABAMA 36301.</u>
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>MARCH 19, 2004</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: <u>FAILURE TO LET ME PROCEED WITH MY PRELIMINARY HEARING</u>

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

ON MARCH 19, 2004, MR. HERRING JR, WAIVED MY PRELIMINARY HEARING AGAINST MY CONSENT IN A HOUSTON COUNTY COURT ROOM. AFTER I REPEATEDLY ASKED HIM NOT TOO. I TRYED TO PROTEST BY RAISING MY HAND. I HAVE ALL OF THIS IN WRITTING FROM MR. JOE HERRING

**GROUND TWO:** MR. JOE HERRING JR ALSO OPENLY DISCUSSED THE NATURE OF MY CASE TO SOME ONE OTHER THAN MY SELF WITH OUT MY CONSENT.

**SUPPORTING FACTS:** I ALSO HAS THAT STATEMENT IN WRITTING BY MR. JOE HERRING JR. TO A CAROL M. WRIGHT.

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WOULD LIKE MY CASE TO BE DISMISSED FOR FAILURE TO GRANT ME MY 5.TH AMENDMENT. OR $1,000,000 ONE MILLION DOLLARS FOR MY PAIN SUFFERING AND TIME. 2 YEARS.

*Elmer L. Charlie*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-9-05
(Date)

*Elmer L. Charlie*
Signature of plaintiff(s)

4