RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS         1:05CV1208-F

I, ELMER L. CHAVIS, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( )  NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. JUNE 2003 $1,600 A MONTH

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?  YES ( )  NO (X)

   B. Rent payments, interest, or dividends?  YES ( )  NO (X)

   C. Pensions, annuities, or life insurance payments?  YES ( )  NO (X)

   D. Gifts or inheritances?  YES (X)  NO ( )

   E. Any other sources?  YES ( )  NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. GIFT $110.00 ONE HUNDRED TEN DOLLARS / $355.00 THREE HUNDRED FIFTY FIVE DOLLARS

3. Do you own cash, or do you have money in a checking/savings account?  YES ( )  NO (X)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?  YES ( )  NO (X)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

ELMER L CHAVIS
Plaintiff

STATE OF ALABAMA
COUNTY OF __HOUSTON__

Subscribed and sworn to before me on this __9__ day of __December__, ~~199__~~ 2005, at __Houston County__, Alabama.

NOTARY PUBLIC in and for said County, in said State

(SEAL)

My commission expires __May 02 2007__

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Dec. 09 2005__.

Elmer L. Chavis
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___Dec. 09, 2005___.
             (date)

_____Elmer R. Chavis_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __.20__ on account to his credit at the __Houston County Jail__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ __25.00__ on the 1st day of __June 05__
2. $ __15.00__ on the 1st day of __July 05__
3. $ __40.00__ on the 1st day of __August 05__
4. $ __15.00__ on the 1st day of __September 05__
5. $ __40.00__ on the 1st day of __October 05__
6. $ __40.00__ on the 1st day of __November 05__

_____
_____
_____

_____[signature]_____
Authorized Officer of Institution

DATE __Dec. 09, 05__

```
==========================================================
                   HOUSTON COUNTY JAIL
==========================================================
                  Resident Account Summary
              Thursday, December 08, 2005  @07:31
==============================================================================
 For CIN: 55485    CHAVIS, ELMER
------------------------------------------------------------------------------
  Date       Transaction Description              Amount   Balance   Owed    Held   Reference
------------------------------------------------------------------------------
 11/16/2005 <MEDCO>     HCTZ,ELAVIL,METOP,FISH (N   -0.20    0.00   114.80   0.00
 11/16/2005 MEDCO       HCTZ,ELAVIL,METOP,FISH (N   40.00    0.20   115.00   0.00
 10/24/2005 EPR         OID:100030121-ComisaryPur   -4.80    0.20    75.00   0.00
 10/22/2005 <MEDCO>     Payment for MEDCO on 2005   -5.00    5.00    75.00   0.00
 10/22/2005 DEPCASH     ROSENE                      10.00   10.00    80.00   0.00
 10/17/2005 MEDCO       HCTZ,ELAV,LOPRESS,FISH OI   40.00    0.00    80.00   0.00
 09/28/2005 MEDCO       DOXY 09-17-05               10.00    0.00    40.00   0.00
 09/28/2005 MEDCO       BACTRIM DECADRON 09-20-05   15.00    0.00    30.00   0.00
 09/23/2005 MEDCO       HCTZ,ELAVIL,METOPRO         15.00    0.00    15.00   0.00
 09/21/2005 EPR         OID:100029169-ComisaryPur  -34.20    0.00     0.00   0.00
 09/17/2005 <MEDCO>     OMEGA 3 08-31-05            -5.00   34.20     0.00   0.00
 09/17/2005 MEDCO       OMEGA 3 08-31-05             5.00   39.20     5.00   0.00
 09/16/2005 <MEDCO>     Payment for MEDCO on 2005   -1.45   39.20     0.00   0.00
 09/16/2005 DEPMO       RACHEL WALKER 53992096      40.00   40.65     1.45   0.00
 09/05/2005 EPR         OID:100028720-ComisaryPur   -9.35    0.65     1.45   0.00
 09/05/2005 <MEDCO>     Payment for MEDCO on 2005  -10.00   10.00     1.45   0.00
 09/05/2005 DEPCASH     MICHELLE                    20.00   20.00    11.45   0.00
 09/03/2005 <MEDCO>     HCTZ/AMITRIP/METOPROLOL F   -3.55    0.00    11.45   0.00
 09/03/2005 MEDCO       HCTZ/AMITRIP/METOPROLOL F   15.00    3.55    15.00   0.00
 08/31/2005 EPR         OID:100028394-ComisaryPur  -24.30    3.55     0.00   0.00
 08/11/2005 <MEDCO>     Payment for MEDCO on 2005  -14.85   27.85     0.00   0.00
 08/11/2005 DEPMO       ROSENE S1224504             40.00   42.70    14.85   0.00
 07/26/2005 EPR         OID:100027228-ComisaryPur   -9.30    2.70    14.85   0.00
 07/26/2005 ERF         OID:100026196-ComisaryRef    2.00   12.00    14.85   0.00
 07/25/2005 <MEDCO>     Payment for MEDCO on 2005   -0.15   10.00    14.85   0.00
 07/25/2005 <MEDCO>     Payment for MEDCO on 2005   -9.85   10.15    15.00   0.00
 07/25/2005 DEPMO       ROSENE POWELL S1200960      20.00   20.00    24.85   0.00
 07/17/2005 MEDCO       HCTZ/ELAVIL/METOPROLOL JU    5.00    0.00    24.85   0.00
 06/22/2005 <MEDCO>     LAB 061505                  -0.15    0.00     9.85   0.00
 06/22/2005 MEDCO       LAB 061505                  10.00    0.15    10.00   0.00
 06/21/2005 EPR         OID:100026196-ComisaryPur  -29.90    0.15     0.00   0.00
 06/18/2005 DEPMO       08281453455--MAIL           30.00   30.05     0.00   0.00
 06/07/2005 EPR         OID:100025803-ComisaryPur  -21.55    0.05     0.00   0.00
 06/05/2005 <MEDCO>     Payment for MEDCO on 2005   -4.90   21.60     0.00   0.00
 06/05/2005 DEPMO       53327430--ROSENE            25.00   26.50     4.90   0.00
 05/24/2005 ERF         OID:100025248-ComisaryRef    1.50    1.50     4.90   0.00
 05/18/2005 <MEDCO>     ELAVIL 051605               -0.10    0.00     4.90   0.00
 05/18/2005 MEDCO       ELAVIL 051605                5.00    0.10     5.00   0.00
 05/17/2005 EPR         OID:100025248-ComisaryPur  -33.30    0.10     0.00   0.00
 05/14/2005 DEPMO       S1200327 ROSENE             30.00   33.40     0.00   0.00
 05/03/2005 ERF         OID:100024493-ComisaryRef    0.75    3.40     0.00   0.00
 04/27/2005 EPR         OID:100024493-ComisaryPur  -29.65    2.65     0.00   0.00
 04/25/2005 <MEDCO>     Payment for MEDCO on 2005   -5.00   32.30     0.00   0.00
 04/25/2005 <MEDCO>     Payment for MEDCO on 2005  -12.70   37.30     5.00   0.00
 04/25/2005 DEPMO       S1187526                    50.00   50.00    17.70   0.00
 04/25/2005 DEPMO       VOID-S1187526              -50.00    0.00    17.70   0.00
 04/25/2005 DEPMO       S1187526                    50.00   50.00    17.70   0.00
 04/17/2005 MEDCO       LOPID 041305                 5.00    0.00    17.70   0.00
 04/17/2005 MEDCO       VOID-LPOID 041305            0.00    0.00    12.70   0.00
 04/17/2005 MEDCO       LPOID 041305                 0.00    0.00    12.70   0.00
 04/17/2005 <MEDCO>     HCTZ/ELAVIL/METOPROLOL FO   -2.30    0.00    12.70   0.00
 04/17/2005 MEDCO       HCTZ/ELAVIL/METOPROLOL FO   15.00    2.30    15.00   0.00
 03/15/2005 EPR         OID:100023193-ComisaryPur  -24.90    2.30     0.00   0.00
 03/12/2005 <MEDCO>     Payment for MEDCO on 2005  -12.80   27.20     0.00   0.00
 03/12/2005 DEPMO       S1169815--ROSENE POWELL     40.00   40.00    12.80   0.00
 03/10/2005 <MEDCO>     HCTZ/ELAVIL/METOPROLOL/L    -7.20    0.00    12.80   0.00
 03/10/2005 MEDCO       HCTZ/ELAVIL/METOPROLOL/L    20.00    7.20    20.00   0.00
 03/08/2005 EPR         OID:100022816-ComisaryPur  -30.05    7.20     0.00   0.00
 03/01/2005 EPR         OID:100022601-ComisaryPur  -24.20   37.25     0.00   0.00
 02/28/2005 DEPMO       S1169253                    50.00   61.45     0.00   0.00
 02/19/2005 <MEDCO>     ELAVIL 021405               -5.00   11.45     0.00   0.00
 02/19/2005 MEDCO       ELAVIL 021405                5.00   16.45     5.00   0.00
 02/19/2005 <MEDCO>     LPOID 020905                -5.00   16.45     0.00   0.00
------------------------------------------------------------------------------
                                    Page 1
```