IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELMER L. CHAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:05-CV-1208-WKW |
| | ) |
| JOE HERRING, JR., | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff and that this case be and is hereby DISMISSED with prejudice prior to service of process.

Done this the 31st day of January, 2006.

                                            /s/   W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE